IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REGINALD A. WALKER,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4753

_____/

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Reginald A. Walker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Erik D. Kverne, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and KELSEY, JJ., CONCUR.